IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00657-RPM

SHIRLEY BALLARD,
STEVEN DOMINGUEZ,
MARTIN GARCIA,
KEITH HARDIN,
STEVEN TRUJILLO,
LINDA VERHAEGHE,
DEREEN ARMELIN,
MADELYN FUGETT,
KATHY JO FIERRO,
DOROTHY HARRIS,
MARGIE McGRAW,
SHELLIE SCHREINER,
CHRISTINA STAMBAUGH,
CONSTANCE WASHINGTON,
AND ALL OTHERS SIMILARLY SITUATED,

        Plaintiffs,

v.

UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 7,

        Defendant.
_____

ORDER GRANTING MOTION TO AMEND DEFENDANT'S ANSWER
_____

Upon consideration of the Motion to Amend Defendant's Answer, filed

September 30, 2005, it is

ORDERED that the motion is granted and Defendant's Amended Answer

tendered therewith is ordered filed.

DATED: October 3, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge