IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-CV-00657-RPM-BNB

SHIRLEY BALLARD,
STEVEN DOMINGUEZ,
MARTIN GARCIA,
KEITH HARDIN,
STEVEN TRUJILLO,
LINDA VERHAEGHE,
DEREEN ARMELIN,
MADELYN FUGETT,
KATHY JO FIERRO,
DOROTHY HARRIS,
MARGIE McGRAW,
SHELLIE SCHREINER,
CHRISTINA STAMBAUGH,
CONSTANCE WASHINGTON,
AND OTHERS SIMILARLY SITUATED,

     Plaintiff(s),

v.

UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 7,

     Defendants.

**ORDER**

     This matter comes before the Court on the Stipulated Motion to Approve Opt-In Notice by the Plaintiffs.  The Court finds as follows:

     1)    The parties have stipulated to a Notice of Opt-In to Collective/ Representative action as well as stipulated to a Proposed Opt-In form.

     2)    The proposed Opt-In Notification and Opt-In form are acceptable to the Court.  All Opt-In Notices must be mailed directly to Plaintiff's counsel, and

post marked no later than November 30, 2005.  Once all Opt-In Notices are received by Plaintiff's counsel, they shall be promptly forwarded to the Court for filing and those Opt-Ins which are timely filed shall be accepted as parties to the within litigation.

So ordered this 26th day of October, 2005

                                                  s/Richard P. Matsch

                                        _____
                                        United States District Court Judge