IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-M-657 (BNB)

SHIRLEY BALLARD,
STEVEN DOMINGUEZ,
MARTIN GARCIA,
KEITH HARDIN,
STEVEN TRUJILLO,
LINDA VERHAEGHE,
DEREEN ARMELIN,
MADELYN FUGETT,
KATHY JO FIERRO,
DOROTHY HARRIS,
MARGIE McGRAW,
SHELLIE SCHREINER,
CHRISTINA STAMBAUGH,
CONSTANCE WASHINGTON,
AND OTHERS SIMILARLY SITUATED,

      Plaintiff(s),

v.

UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 7,

      Defendants.

**ORDER DISMISSING ALL CLAIMS AND CAUSES OF LINDA VERHAEGHE**
_____

THIS MATTER, having come before the Court upon the STIPULATED MOTION TO DISMISS LINDA VERHAEGHE dated October 25, 2005; and

THE COURT having determined that the relief sought is meritorious and should be granted;

NOW, THEREFORE, all claims and causes of action that were asserted, or that could have been asserted, in this litigation by Linda Verhaeghe,

are hereby dismissed, with prejudice, all parties to bear their own costs and attorneys' fees.

Dated: October 26th, 2005.

BY THE COURT:

s/Richard P. Matsch
_____
United States District Judge