IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-CV-00657-RPM-BNB

SHIRLEY BALLARD,
STEVEN DOMINGUEZ,
MARTIN GARCIA,
KEITH HARDIN,
STEVEN TRUJILLO,
ANDY T. ARCHULETTA,
DERENE ARMELIN,
PAULETTE I. TRUMBO-BURGHART,
BENJAMIN CORTEZ,
VALORIE CORTEZ,
SHERRY DUBISHER,
BILL EASTON, JR.
MADELYN FUGETT,
KATHY JO FIERRO,
ANGELICA GUTIERREZ,
DOROTHY HARRIS,
PAUL A. LUNDBERG,
SHIRLEY McCLAIN,
MARGIE McGRAW,
SHELLIE SCHREINER,
CHRISTINA STAMBAUGH,
HELEN F. VALDEZ,
CONSTANCE WASHINGTON,
LARRY WELCH
AND OTHERS SIMILARLY SITUATED,

    Plaintiff(s),

v.

UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 7,

    Defendants.

**ORDER REGARDING STIPULATED MOTION TO DISMISS CLAIMS WITH PREJUDICE**

    THIS MATTER, having come before the Court upon the STIPULATED MOTION

TO DISMISS CLAIMS WITH PREJUDICE dated May 10, 2006; and

THE COURT having determined that the relief sought is meritorious and should be granted, hereby dismisses, with prejudice, Andy Archuleta, Derene Armelin, Paulette Trumbo-Burghart, Benjamin Cortez, Valorie Cortez, Sherry Dubisher, William Easton, Kathy Fierro, Madelyn Fugett, Angelica Gutierrez, Dorothy Harris, Paul Lundberg, Shirley McClain, Shellie Schreiner, Christina Stambaugh, Helen Valdez, Larry Welch and Vanessa Worthman .  Margie McGraw is hereby dismissed, with prejudice, only as to her overtime claims which arose for duties performed as a Deputy Secretary.  Ms. McGraw will still continue in the lawsuit as a named plaintiff *solely* with regard to her overtime claims as they pertain to her status as a Union Representative/Business Representative.

Dated this 10th day of May, 2006

s/Richard P. Matsch

_____
Senior U.S. District Court Judge

2