IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00657-RPM

SHIRLEY BALLARD,
STEVEN DOMINGUEZ,
MARTIN GARCIA,
KEITH HARDIN,
STEVEN TRUJILLO,
MARGIE McGRAW,
CONSTANCE WASHINGTON,
AND ALL OTHERS SIMILARLY SITUATED,

        Plaintiffs,

v.

UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 7,

        Defendant.
_____

ORDER DENYING MOTION TO AMEND DEFENDANT'S BRIEF
_____

On May 1, 2006, the defendant filed a motion for summary judgment with a brief in support of the motion. The plaintiffs applied for and received an extension of time to June 9, 2006, to respond to the motion. On June 2, 2006, the defendant filed an "Unopposed Motion to Amend Defendant's Brief in Support of Motion for Summary Judgment" in which defendant's counsel cites that he has found "numerous inadvertent errors in citations to specific statutes and regulations." There is no explanation as to why it has taken a month for counsel to determine the existence of such errors and the Court reads "inadvertence" to mean careless. That is not a ground for an amendment of a pleading and it is therefore

ORDERED that the motion is denied.

DATED: June 5, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge