IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00657-RPM

SHIRLEY BALLARD,
STEVEN DOMINGUEZ,
MARTIN GARCIA,
KEITH HARDIN,
STEVEN TRUJILLO,
MARGIE McGRAW, and
CONSTANCE WASHINGTON,

        Plaintiffs,

v.

UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 7,

        Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that this case is now ready to be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **April 12, 2007, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **April 5, 2007.**

DATED: February 27, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge