IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00657-RPM

SHIRLEY BALLARD,
STEVEN DOMINGUEZ,
MARTIN GARCIA,
KEITH HARDIN,
STEVEN TRUJILLO,
MARGIE McGRAW, and
CONSTANCE WASHINGTON,

        Plaintiffs,

v.

UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 7,

        Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

     The Stipulated Motion to Vacate Pretrial Conference and Deadline for Submission of Pretrial Order (Doc. #40) is granted. Counsel shall submit a stipulation for dismissal no later than May 12, 2007.

Dated: April 23rd, 2007