IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-CV00657-RPM-BNB

_____

SHIRLEY BALLARD,
STEVEN DOMINGUEZ,
MARTIN GARCIA,
KEITH HARDIN,
STEVEN TRUJILLO,
MARGIE McGRAW,
and CONSTANCE WASHINGTON,

      Plaintiff(s),

v.

UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 7,

      Defendants.

_____

**ORDER REGARDING JOINT MOTION TO DISMISS WITH PREJUDICE**
_____

THIS MATTER, having come before the Court upon the JOINT MOTION TO DISMISS

WITH PREJUDICE dated May 10, 2007; it is

ORDERED that the complaint and action are dismissed with prejudice and each party is

to bear their own attorneys fees and costs.

Dated:  May 10th , 2007

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    United States District Judge